UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

JAY NOLAN RENOBATO,                    §
                                       §
        Plaintiff,                     §
VS.                                    §    CIVIL ACTION NO. 4:07-cv-46
                                       §
                                       §
COMPASS BANK CORPORATION,              §
                                       §
        Defendant.                     §

## ORDER

This case is, sua sponte, **DISMISSED WITH PREJUDICE**, because of 1) Plaintiff's refusal to arbitrate his disputes despite a controlling arbitration agreement and an order from this court to do so, 2) repeated filings of nearly identical pleadings in various different state and federal courts, and 3) Plaintiff's failure to attend a court hearing of which he had notice.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 12th day of April, 2011.


KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE